UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
       Plaintiff

       v.

                                              Case No. 11-cr-176-01-SM

Anthony Silva,
       Defendant

O R D E R

Defendant Anthony Silva has filed an Assented to Motion to Continue the final pretrial conference and trial for 30 days, which motion is granted (document no. 30).   Defendant Silva has filed a Waiver of Speedy Trial.   Trial has been rescheduled for the June 2012 trial period.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for June 7, 2012 at 2:00 p.m.

Jury selection will take place on June 19, 2012 at 9:30 a.m.

SO ORDERED.

                                               Steven J. McAuliffe
                                               U.S. District Judge

May 4, 2012

cc:    Anthony Silva, pro se
        Bruce E. Kenna, Esq.
        Alfred Rubega, AUSA
        U.S. Marshal
        U.S. Probation